UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285

JAMES O. BROWNING
    District Judge

April 17, 2017

**VIA CM/ECF**

Nicholas Koluncich
Law Offices of Nicholas Koluncich LLC
500 Marquette Ave NW, Suite 1200
Albuquerque, New Mexico 87102

John C. Bienvenu
Mark H Donatelli
Reed C. Bienvenu
The Rothstein Law Firm
1215 Paseo de Peralta
Santa Fe, New Mexico 87504

Ronald Marron
Law Officers of Ronald A. Marron
651 Arroyo Drive
San Diego, California 92103

Douglas Gregory Blankinship
Finkelstein Blankinship, Frei-Pearson & Garber, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605

Kim Eleazer Richman
Richman Law Group
81 Prospect Street
Brooklyn, New York 11201

Nancy Ruth Long
Long Komer & Associates, P.A.
2200 Brothers Road
Santa Fe, New Mexico 87502-5098

Jeffrey Louis Haberman
Schlesinger Law Offices
1212 SE 3rd Avenue
Fort Lauderdale, Florida 33316

Jonathan Gdanski
Scott P. Schlesinger
Sheldon J. Schlesinger PA
1212 SE 3rd Avenue
Fort Lauderdale, Florida 33316

Benjamin Michael Lopatin
Eggnatz, Lopatin & Pascucci, LLP
2201 Market Street, Suite H
San Francisco, California 94114

Alexander R. Safyan
Pearson, Simon & Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403

Daniel L. Warshaw
Pearson, Simon & Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403

Erika E Anderson
Law Offices of Erika E. Anderson
201 3rd Street, NW, Suite 500
Albuquerque, New Mexico 87102

Counsel of Record
In Re: Santa Fe Natural Tobacco Company Marketing and Sales Litigation,
　　No. MD 16-2695 JB/LF
April 17, 2017
Page 2

| | |
|---|---|
| John Allen Yanchunis, Sr. | David M. Monde |
| Keith R. Mitnik | Michael F. Stoer |
| Marisa Kendra Glassman | Jones Day |
| Morgan & Morgan, PA | 1420 Peachtree Street, Suite 800 |
| 201 N Franklin Street, Floor 7 | Atlanta, Georgia 30309 |
| Tampa, Florida 33602-5157 | |
| | Noel J Francisco |
| Scott Wm. Weinstein | Peter J. Biersteker |
| Morgan & Morgan, PA | Jones Day |
| 12800 University Drive - Ste 600 | 51 Louisiana Avenue, NW |
| Ft. Myers, Florida 33906 | Washington, DC 20001-2113 |
| Steven William Teppler | Paul Courtney Huck, Jr. |
| Abbott Law Group, P.A. | Jones Day |
| 2929 Plummer Cove Road | 600 Brickell Avenue, Suite 3300 |
| Jacksonville, Florida 32223 | Miami, Florida 33131 |
| Andrew G. Schultz | Troy A. Fuhrman |
| Rodey, Dickason, Sloan, Akin & Robb, P. A. | Hill Ward Henderson, PA |
| 201 3rd Street NW, Suite 2200 | 101 E Kennedy Blvd - Ste 3700 |
| Albuquerque, New Mexico 87102 | Tampa, Florida 33602-5195 |
| Charles R.A. Morse | John-Russell Bart Pate |
| Jones Day (NYC) | J.R. Pate, PC - Law Office |
| 222 East 41st Street | P.O. Box 890 |
| New York, New York 10017 | Royal Dane Mall 10-AA |
| | St. Thomas, Virgin Islands 00804 |
| David Craig Kiernan | |
| Jones Day | Chad C. Messier |
| 555 California Street, 26th Floor | Dudley Topper & Feuerzeig |
| San Francisco, California 94104 | 1000 Frederiksberg Gade |
| | P.O. Box 756 |
| | St. Thomas, Virgin Islands 00804 |

In Re: Santa Fe Natural Tobacco Company Marketing and Sales Litigation,
　　　No. MD 16-2695 JB/LF

Counsel:

　　I want to bring one matter to your attention.  I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself.  I want everyone, however, to be fully informed about and comfortable with my participation in the case.

Counsel of Record
In Re: <u>Santa Fe Natural Tobacco Company Marketing and Sales Litigation</u>,
   No. MDL 16-MD-2695 JB/LF
April 17, 2017
Page 3

  As you will recall, in my May 10, 2016, disclosure letter to you, I mentioned that, in the Fall of 2015, I taught a class at the University of New Mexico School of Law on "Church and State."  I co-taught with Andy Schultz.  We have taught the class in four prior years together.  I taught similar classes with Mr. Schultz from January until May 2010 and 2012, and in the fall of 2006.

  Mr. Schultz and UNM have asked me to teach the class again in the Fall.  We usually have to meet once before the semester begins to discuss mechanics.  We usually have to meet after the semester to grade the papers.  We usually also invite the students to one of our homes for the last class, food, and refreshments.

  As I told you in my May 10, 2016, disclosure letter, if anyone objects, I will not teach this semester.  Please call my Courtroom Deputy Clerk, K'Aun Wild (505-348-2289), if anyone objects.  Again, I have instructed Ms. Wild not to tell me who calls.  I believe that I can be fair and impartial even if I teach with Mr. Schultz.  If, however, anyone has any questions or concerns, call Ms. Wild.  If Ms. Wild does not receive any calls, I will proceed to teach in the Fall.

  Best regards.

            Sincerely,

            James O. Browning
            United States District Judge